# MINUTE ORDER

Page 5

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse – 11th Floor          Date: 12/12/18     Time: 1:30 p.m.

Defendant: Wilson Jordan Carmona         J#: 45150-054     Case #: 18-20932-CR-MOORE (SEALED)

AUSA: Joseph Schuster                    Attorney: AFPD Ian McDonald

Violation: Consp to Kill a Person, Consp to Distribute Cocaine, Causing the Intentional Killing of an Individual          Arrest Date: 12/12/2018     YOB: 1975

Proceeding: Initial Appearance/Arraignment          CJA Appt:

Bond/PTD Held: ☐ Yes  ☑ No     Recommended Bond:

Bond Set at:                                      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Indictment Unsealed

Defendant sworn; AFPD appointed

STIP PTD w/right to revisit (no hrg. held); Court sets

Defendant arraigned. Reading of the indictment waived. Standing Discovery Order entered. Jury trial demanded.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:26:19                              Time in Court: 8 mins

s/Lauren F. Louis