UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20932-CR-MOORE

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

WILSON JORDAN CARMONA,

   Defendant.
_____/

**STIPULATED ORDER OF DETENTION**

  This matter came before the Court for a detention hearing on December 12, 2018, pursuant to the Bail Reform Act, 18 U.S.C. Section 3142(f). The United States has requested that the defendant be held in detention based upon risk of flight/danger to the community. The defendant, having been advised of his right to a detention hearing, has voluntarily waived the right to a detention hearing at the present time, and reserved the right to come before the Court at any future time for the purpose of a full detention hearing.

  The Court, having considered the pretrial services report and the information contained in the record, it is hereby

  **ORDERED AND ADJUDGED** that the defendant shall be detained pending trial in this case based upon risk of flight/danger to the community and the stipulation of parties, with the provision that the defendant shall have the right to revisit this determination and to a full detention hearing upon request.

  **DONE AND ORDERED** in Miami, Florida, this 12<u>th</u> day of <u>December</u>, 2018.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**
