UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20932-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILSON JORDAN CARMONA

    Defendant.
_____/

## NOTICE OF REASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:    */s/ Christian Dunham*
    Assistant Federal Public Defender
    Florida Bar No.: 146587
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    Tel: (305) 533-4255
    E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Dunham*