UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-20932-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILSON JORDAN CARMONA,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

The Federal Public Defender for the Southern District of Florida gives notice that undersigned counsel will be appearing as co-counsel for the defendant in the above referenced case.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

BY:   *s/Kate Mollison*
    Kate Mollison
    Assistant Federal Public Defender
    Special A No. A5502482
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130-1556
    Tel: 305-530-7000/Fax: 305-536-4559
    E-Mail Address: kate_mollison@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2019, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/Kate Mollison*
Kate Mollison