UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20932-CR-ALTMAN

UNITED STATES OF AMERICA

V.

WILSON JORDAN CARMONA,

           Defendant.
_____/

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR SENTENCE REDUCTION (DE 105)

Comes now, the defendant, WILSON JORDAN CARMONA, and hereby files this response to the government's motion for sentence reduction. (DE 105). The defendant agrees that he has provided substantial assistance to the government and is worthy of a reduction in sentence for his cooperation. The defendant intends to discuss the details of his cooperation at the hearing scheduled for March 14, 2025. (DE 106). The defendant files this response to notify the Court in advance that, in addition to his cooperation, he is deserving of more than a 20% reduction off his original sentence of 540 months under the § 3553(a) sentencing factors.

Specifically, the defendant believes the need to avoid a sentencing disparity between himself and his co-defendant warrants a further reduction in his sentence. When sentencing both Carmona and Zuniga-Pena, this Court followed the joint sentencing recommendations of the parties. For Carmona, the parties jointly recommended a sentence of 540 months. (DE 32). For Zuniga-Pena, the parties jointly

recommended a sentence of 480 months. (DE 83). The above sentencing discrepancy was not based on any difference in role assessment, as both Zuniga-Pena and Carmona received a two-level aggravating role enhancement pursuant to § 3B1.1(c). (PSI ¶ 18).

Although not privy to the plea negotiations between the government and Zuniga-Pena nor the exact rationale for their recommending a lower sentence, counsel for Carmona can surmise that his prior federal sentence from SDNY may have understandably played a role in the government's decision. (PSI ¶ 52). However, the defendant and Zuniga-Pena are differently situated in other ways that favor them receiving a similar sentence.

On December 12, 2018, Carmona voluntarily surrendered to D.E.A. authorities in Colombia. (PSI ¶ 17). Thereafter, Carmona waived extradition to the United States and made his initial appearance in SDFL on the same day. (DE 5). When Carmona was sentenced on September 26, 2019, Zuniga-Pena remained a fugitive and had yet to even be arrested. (PSI Page 2 & PSI ¶ 16). Zuniga-Pena only arrived in SDFL on or about May 25, 2021, and made his initial appearance. (DE 56).

Accordingly, Carmona, through his actions of surrendering to the USA while still in his native land and waiving extradition, both alleviated the need for the US government to engage in lengthy extradition negotiations with Colombia and cooperated with the US government for a much longer period of time than Zuniga-Pena. For these reasons, and others to be discussed in open court, the defendant believes this Court should consider the need to avoid sentencing disparities between

similarly situated defendants, along with his cooperation, when determining a new sentence for Carmona.

In conclusion, the defendant believes he should receive more than a 20% reduction to his sentence.

          Respectfully submitted,

          HECTOR A. DOPICO
          FEDERAL PUBLIC DEFENDER

BY:   *s/ Christian Dunham*
       Christian Dunham
       Assistant Federal Public Defender
       Florida Bar No. 0146587
       150 West Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: 305-530-7000
       christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **March 6, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/ *Christian Dunham*
          Christian Dunham